IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-354C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Joan Stentiford, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 616-0341
Fax: (202) 514-8624

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: May 17 , 2006

/s/JOAN M. STENTIFORD
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this _17_th day of May, 2006,“DEFENDANT’S NOTICE OF APPEARANCE,” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

___/s/ Joan M. Stentiford_____
JOAN M. STENTIFORD