# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *
AMERICAN CASUALTY CO,

Plaintiff,

v.

UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * *

**No. 06-354C**
**Filed: June 5, 2006**

## O R D E R

As previously discussed with the parties, the court **SCHEDULES** a status conference in the above-captioned case for **Tuesday, June 13, 2006, at 2:30 p.m. EDT,** at the National Courts Building, 717 Madison Place, NW, Washington, DC 20006. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 342-2550 and defendant's counsel at (202) 616-0341. The parties shall be prepared to discuss future proceedings in this case.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**