# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**AMERICAN CASUALTY CO,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-354C**
**Filed: June 15, 2006**

## O R D E R

The court held a status conference in the above-captioned case on June 13, 2006. As discussed with the parties during the conference, defendant shall file its answer to the complaint on or before **Wednesday, July 5, 2006** (the clerk's office is closed for receipt of filings on July 3 and 4, 2006). Document exchange shall be completed on or before **Tuesday, September 5, 2006**. The parties shall confer with each other and file a joint status report on or before **Thursday, September 7, 2006**, addressing the completion of document exchange and settlement possibilities, and, if settlement is not likely, the parties shall propose a schedule, with dates, for resolution of the case.

The clerk's office advises that plaintiff's counsel does not yet have an CM/ECF account. The court's May 2, 2006 Notice of Designation of this case as an electronic case (all cases are now so designated, save pro se cases), states that the parties have thirty days from May 2, 2006 to obtain a CM/ECF account. Plaintiff's attorney shall obtain a CM/ECF account on or before **Thursday, June 29, 2006**, or shall, on or before that same date, show cause why the above-captioned case should not be dismissed, without prejudice, for failure to prosecute, or failure to comply with the court's rules or orders, pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims. This order will be filed electronically, however, the clerk's office also shall **MAIL** this order to plaintiff's counsel, this one time. Future orders will not be mailed, but will be filed electronically only.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**