IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-354C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. Defendant, the United States, admits the allegations in the first sentence of paragraph 1 of the Complaint. Defendant lacks information sufficient to form a belief as to the allegation in the remainder of paragraph 1.

2. Admits.

3. The allegation contained in the first sentence of paragraph 3 is a conclusion of law to which no response is required; to the extent it may be deemed an allegation of fact, it is denied. Admits the allegation contained in the second sentence of paragraph 3 to the extend supported by the contracting officer decision cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 3.

4. Admits.

5. Paragraph 5 of the Complaint contains Plaintiff's characterization of the Contracting Officer's Final Decision

which speaks for itself, and is the best evidence of its contents. Defendant admits the allegations in the second sentence of paragraph 5 of the Complaint.

6. Admits.

7. Defendant denies that Bird provided Performance Bond No. 929112471 from Plaintiff, American Casualty, in its proposal, and avers that Bird provided Performance Bond 929112471 from Plaintiff, American Casualty in its contract. Defendant admits the remaining allegations contained in paragraph 7 of the Complaint.

8. Defendant denies the allegations in the first sentence of paragraph 8 of the Complaint. Defendant admits the allegations in the second sentence of paragraph 8 of the Complaint.

9. Defendant admits that Defense Logistic Agency’s replacement work was performed using different materials and products than those set forth in the Contract. Defendant denies the remainder of the allegations in paragraph 9 of the Complaint.

10. Defendant admits the allegations contained in paragraph 10 to the extent supported by the contracting officer decision cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 10.

11. Defendant re-alleges and incorporates herein by reference its responses to Paragraphs 1-10.

12. Paragraph 12 contains plaintiffs legal conclusions to

which no response is required at this time; to the extent that they may be deemed allegations of fact, they are denied.

13. Defendant denies the allegations contained in the first and second sentences of paragraph 13 of the Complaint, and specifically avers that no repairs have been made to Building 36. Defendant admits the allegations contained in the third sentence of paragraph 13 of the Complaint. Defendant denies the allegations contained in the fourth sentence of paragraph 13 of the Complaint.

14. Defendant denies that plaintiff is entitled to the relief requested in paragraph 14. Denies the relief requested under the title “WHEREFORE” in its entirety, or any relief whatsoever.

15. Defendant denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant respectfully requests that the Court dismiss the complaint, and that defendant be granted such other and further relief as the Court may deem just and proper.

Respectfully submitted,
PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

OF COUNSEL:
MARK M. WEINTRAUB

Principal Ass't Dist. Counsel
Army Corps of Engineers
915 Wilshire Blvd.
Suite 1535
Los Angeles, CA 90017

s/ Joan M. Stentiford
JOAN M. STENTIFORD

Trial Attorney
Commercial
Litigation Branch
Civil Division
Department of Justice
Phone: (202) 616-0341
Fax: (202) 514-8624

June 30, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this __th day of June, 2006,"DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

___/s/ Joan M. Stentiford_____
JOAN M. STENTIFORD