# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 06-354C**
**Filed: September 6, 2006**

**O R D E R**

The court is in receipt of the parties' joint preliminary status report, filed August 21, 2006. The joint preliminary status report will substitute for the joint status report which was to have been filed by the parties on or before September 7, 2006. The court establishes the following **SCHEDULE**:

Discovery will close on or before **Friday, May 25, 2007.**

Any amendments to the pleadings already submitted or any motions related to this court's third-party practice rules, RCFC 14, are to be filed with the court on or before **Friday, June 1, 2007**.

The parties shall file a joint status report on or before **Friday, June 8, 2007**, to notify the court of the status of discovery proceedings and, if appropriate, the possibility of settlement. In addition, the status report shall indicate whether either or both of the parties intend to file a motion for summary judgment. If either or both parties intend(s) to file a motion for summary judgment, the joint status report shall be accompanied by a joint stipulation of facts with a supporting appendix, setting forth specific stipulations of agreed upon facts with appropriate citations to the appendix to identify whether there are disputed material facts in the case. The parties also shall submit a joint statement of issues of law. For both submissions, the parties are to separately identify, if necessary, any statement of fact or issue of law which is not agreed upon by both parties, but which one party believes to be at issue in the case, in order to assist the parties and the court to determine whether the case is ripe for summary judgment or whether there are material facts in dispute which would preclude summary judgment. The joint stipulation of facts is to be filed instead of the moving party's proposed findings of uncontroverted fact and the opposing party's response to the proposed findings of uncontroverted fact.

If neither party intends to file a dispositive motion in this case, in the June 8, 2007 joint status report, the parties shall propose dates for future pretrial filings and trial proceedings. Following receipt of the parties' joint status report, and prior to the filing of any motions, the court will schedule a status conference to discuss a schedule for future proceedings.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**