**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

AMERICAN CASUALTY CO.
OF READING, PENNSYLVANIA

Plaintiff,

v.

UNITED STATES

Defendant.

CoFC No. 06-354C

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR SANCTIONS AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to Rule 37 of the Rules of this Court and the Federal Rules of Civil Procedure, Plaintiff American Casualty Co. of Reading, Pennsylvania ("American Casualty") hereby moves to compel production of documents by the Defendant, the United States of America, ("United States") and for sanctions. In support of this motion, Plaintiff states as follows:

1. On December 12, 2006, Plaintiff filed its first request for production of documents on the United States, serving the United States by both facsimile transmission and by mail. See Exhibit 1 hereto.
2. Defendant, United States, has never responded to the request for production of documents.
3. On January 25, 2007, counsel for American Casualty contacted counsel for the United States by e-mail inquiring as to when counsel for the United States would respond to the request for production of documents. See Exhibit 2 hereto.

4. Defendant, United States, never responded to the e-mail from counsel for American Casualty.
5. Subsequently, on February 1, 2007, counsel for American Casualty again contacted counsel for the United States by e-mail. Again inquiring as to when counsel for the United States would respond to the request for production of documents. Counsel for American Casualty further informed counsel for the United States that if she did not inform him when the documents would be produced he would have "no option remaining except to file a motion to compel production with the court." See Exhibit 2 hereto.
6. Defendant, United States, never responded to the second e-mail from counsel for American Casualty.

WHEREFORE, American Casualty moves this Court for an order compelling Defendant, United States, to produce the documents described in Plaintiff's Request for Production of Documents to Defendant United States. American Casualty further moves for sanctions comprising all costs incurred by American Casualty relating to this motion to compel production of documents, including all attorney's fees.

## CERTIFICATION

In accordance with rule 37(a)(2)(A) counsel for American Casualty certifies that counsel for American Casualty attempted, in good faith, to confer with the United States on two occasions in an attempt to secure the disclosure of documents without court action.

/s/ Victor G. Klingelhofer
Victor G. Klingelhofer

Respectfully submitted,

/s/ Victor G. Klingelhofer is

Victor G. Klingelhofer
Cohen Mohr, LLP
1055 Thomas Jefferson St., NW, Suite 504
Washington, DC 20007
Tel. (202) 342-2550
Fax (202) 342-6147
Counsel for Plaintiff