# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA,

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * *

**No. 06-354C**
**Filed: February 21, 2007**

## O R D E R

The court is in receipt of the plaintiff's February 16, 2007, motion to compel. The parties shall consult, and continue their efforts to resolve this matter. On or before **Wednesday, February 28, 2007**, defendant shall file a response to the plaintiff's motion to compel. In the event the matter is resolved, the parties shall file a short joint status report so indicating.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**