IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-354C |
| | ) (Judge Horn) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

In accordance with the Court's order entered February 21, 2007, the parties report that they have resolved the matters raised in plaintiff American Casualty's motion to compel regarding the Government's response to a request for production of documents. The parties have agreed that the Government shall provide a response to the request for production of documents on or before March 30, 2007.

This case involves Government documents that are stored in four geographically diverse offices which has contributed to the difficulty the Government has met in responding to American Casualty's document request. Counsel for the Government has made repeated efforts to obtain documents from the various offices, and believes that responsive documents will be available for production by the agreed upon deadline.[1]

The parties have now amicably resolved this dispute and will endeavor to

[1]The Government notes that American Casualty's e-mail communications to Government counsel inquiring about the response to the document request were not received because the e-mail address used was incorrect**.** Plaintiff addressed the messages to joan.stentiford-ulmer@usdoj.**com**, rather than joan.stentiford-ulmer@usdoj.**gov**. See Exhibit 2 to Plaintiff's Motion to Compel. Unfortunately, plaintiff elected not to contact Government counsel by telephone when it received no response to its mis-addressed e-mail messages.

complete discovery without further involvement of the Court, except insofar as it may be necessary to extend the final discovery deadline. Based on the parties' recent discussions and their respective review of the documents previously exchanged between them, the parties believe it may become necessary to request a short extension of the discovery period, and if so, will cooperate in submitting a reasonable request to the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Victor G. Klingelhofer
Victor G. Klingelhofer, Esq.
Cohen Mohr, LLP
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Phone (202) 342-2550
Fax (202) 342-6147

Attorney for Plaintiff

s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

Attorneys for Defendant