**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

AMERICAN CASUALTY CO.
OF READING, PENNSYLVANIA

Plaintiff,

v.

UNITED STATES

Defendant.

CoFC No. 06-354C

**JOINT MOTION FOR AN EXTENSION OF DISCOVERY PERIOD AND ASSOCIATED DATES.**

Pursuant to Rule 6.1 of the Rules of this Court and the Federal Rules of Civil Procedure, Plaintiff American Casualty Co. of Reading, Pennsylvania ("American Casualty") and the Defendant, the United States of America, ("United States") hereby move for an extension of the discovery period in this case by approximately 60 days and an extension of related dates as follows:

1. Discovery will close on or before Friday, July 20, 2007.
2. Amended Pleadings or Rule 14 motions due by July 27, 2007.
3. Joint Status Report due by August 17, 2007.

In support of this motion, and in accordance with the requirements of Rule 6.1, the parties state there have been no previous motions for enlargement of time in this case. The reason for this motion for extension of time is due to delay encountered by the United States in obtaining discovery documents from certain geographically dispersed facilities located in California, as described in the Joint Status Report filed with this

Court on February 28, 2007, and the resultant delay in providing those documents to the Plaintiff. The parties in informed the Court in the February 28, 2007 Status Report that it was likely discovery would need to be extended and that the parties would cooperate in providing a reasonable request to the Court.

WHEREFORE, American Casualty and the United States move this Court for an order extending discovery and the schedule in this case, as stated above.

Respectfully submitted,

/s/ Victor G. Klingelhofer
Victor G. Klingelhofer
Cohen Mohr, LLP
1055 Thomas Jefferson St., NW, Suite 504
Washington, DC 20007
Tel. (202) 342-2550
Fax (202) 342-6147

Counsel for Plaintiff

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

Attorneys for Defendant