# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-354C**
**Filed: May 1, 2007**

**O R D E R**

The court is in receipt of the parties' joint motion for an extension of the discovery period by 56 days. The court **GRANTS** the parties' request. Discovery will close on or before **Friday, July 20, 2007**. The parties shall file a joint status report on or before **Wednesday, July 25, 2007**. The preliminary status report shall address the results of discovery; settlement discussions and prospects, but without numbers; and whether the case should be resolved by motion practice or trial. The July 25, 2007 report also shall include a proposed schedule for the resolution of the case. Any amendments to the pleadings already submitted or any motions related to this court's third-party practice rules, RCFC 14, also are to be filed with the court on or before **Wednesday, July 25, 2007**.

The court further **ORDERS** the parties to appear at a status conference on **Tuesday, July 31, 2007, at 2:30 p.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 342-2550 and defendant's counsel at (202) 616-0341. Neither party shall file a motion for summary judgment before the status conference is held.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**