# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 06-354C**
**Filed: June 28, 2007**

**O R D E R**

The court is in receipt of the plaintiff's June 26, 2007 motion to compel discovery and request for sanctions against the government. As discussed with the parties, the court **SCHEDULES** a status conference to discuss the plaintiff's motion for **Tuesday, July 3, 2007, 10:30 a.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 342-2550 and defendant's counsel at (240) 997-0369.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**