# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-354C**
**Filed: July 3, 2007**

## O R D E R

The court held a hearing on the plaintiff's June 26, 2007 motion to compel, with the parties appearing by telephone. The court **PARTIALLY GRANTS** the plaintiff's motion. Sanctions, however, shall not be imposed at this time. On or before **Wednesday, July 11, 2007**, defendant shall provide the discovery responses discussed at the status conference. The joint status report previously scheduled to be filed on or before **Wednesday, July 25, 2007**, remains on the schedule. Discovery will close on or before **Tuesday, July 31, 2007**. The status conference previously scheduled for **Tuesday, July 31, 2007, 2:30 p.m. EDT** shall remain on the calendar. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 342-2550 and defendant's counsel at (202) 616-0341. The parties shall be prepared to address the results of discovery, settlement possibilities, and a proposal on how to proceed in the case, with a time line. Neither party shall file a motion for summary or partial summary judgment before the July 31, 2007 status conference is held.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**