# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-354C**
**Filed: July 20, 2007**

## O R D E R

On July 19, 2007, the parties requested an enlargement of the discovery schedule, which the court **GRANTS**. As requested by the parties, discovery will close on or before **Friday, August 31, 2007**. Also on or before **Friday, August 31, 2007**, the parties shall file a joint status report (in lieu of the July 25, 2007 joint status report), reflecting the close of discovery, addressing settlement possibilities, and containing a proposal on how to proceed in the case, with a proposed time line. As a result of the enlargement of the discovery period, the status conference previously scheduled for July 31, 2007, is **RESCHEDULED** for **Wednesday, September 5, 2007, at 10:30 a.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 342-2550 and defendant's counsel at (202) 616-0341. Neither party shall file a motion for summary or partial summary judgment before the September 5, 2007 status conference is held.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**