**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 06-354C<br>Judge Horn |

**<u>JOINT STATUS REPORT</u>**

Pursuant to this Court's Order of July 20, 2007, Plaintiff American Casualty Co. of Reading, Pennsylvania and the Defendant, the United States of America, by their respective counsel, respectfully submit the following joint status report:

1. Discovery has concluded, with all depositions having been taken.

2. The primary matter at issue between the parties being the amount of damages for which American Casualty may be liable to the Government under the roof warranty, the parties believe that mediation may likely result in a resolution of the dispute. The parties contemplate Court-sponsored mediation to be held in accordance with the schedule proposed below. Defendant's counsel intends to recommend that participation in mediation be authorized in this case. If testimony is contemplated by either party, the mediation shall be held in Los Angeles, California.

3. If such mediation is not successful, the parties believe that this matter should be scheduled for trial in accordance with the following schedule:

| Event: | Date: |
|---|---|
| Authorization For Defendant to Participate In Mediation | October, 2007 |
| Submission of Confidential Mediation Statements | November 12, 2007 |
| Mediation | November 28-29, 2007 |
| Last Date for filing Dispositive Motions | 30 days before trial |
| Exchange of witness lists and trial exhibits, including designation of deposition witness testimony to be introduced at trial, other than exhibits to be used for impeachment or rebuttal. | 21 days before trial |
| Submission of stipulation of uncontested facts. | 14 days before trial |
| Last date for filing objections to witness lists and exhibits and for filing motions in limine. | 10 days before trial |
| Filing and exchange of pretrial memoranda of law | 7 days before trial |
| Trial (estimated 6 days) | March 2008 |
| Submission of post-trial briefs | 15 days after trial |

WHEREFORE, American Casualty and the United States move this Court for an order extending discovery and the schedule in this case, as stated above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Victor G. Klingelhofer
VICTOR G. KLINGELHOFER, Esq.
Cohen Mohr, LLP
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Phone (202) 342-2550
Fax (202) 342-6147

Attorney for Plaintiff

s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

Attorneys for Defendant