# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 06-354C**
**Filed: September 5, 2007**

## O R D E R

The court held a status conference in the above-captioned case on September 5, 2007. The parties expressed interest in mediation of the claims in the case. In support of mediation or further proceedings in the case, on or before **Friday, September 28, 2007**, the parties shall file a joint statement of factual and legal issues in the case. In a preface to the joint statement of factual and legal issues, the parties shall include a short rendition of the facts to facilitate basic understanding of the case. Also on or before **Friday, September 28, 2007**, the parties shall file separate statements briefly addressing the factual and legal issues in the case, including why the surety or its contractor was not permitted to perform; a comparison of the contract specifications, the roofs installed by Bird Roofing and Waterproofing, Inc., and the ultimate, government-installed roofs; whether the government-installed roofs exceeded the specifications; why Bird Roofing's roofs could not simply have been repaired; and a breakdown of the $972,758.00 sought from the surety, with comments on the various elements of the total.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**