# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 06-354C**
**Filed: September 27, 2007**

## O R D E R

The parties indicated continued interest in mediation to chambers personnel on September 27, 2007. As discussed with the parties, mediation is set to commence on **Wednesday, December 12, 2007, 9:30 a.m.**, in the Mastin G. White Conference Room, Room 710, on the seventh floor of the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. In addition to counsel of record, the following personnel will attend the mediation: Michael Keating, Vice President of CNA Insurance; Kevin Thomas, agency contracting officer, and Mark Weintraub, agency counsel. In order to provide the best opportunity for a successful mediation, the court desires all participants, and particularly those with authority to make decisions, to appear in person for the mediation.

Also as discussed with the parties on September 27, 2007, the joint (and short) statement of the facts, and the joint statement of factual and legal issues in the case, which previously were due by September 28, 2007, shall be provided to chambers on or before **Friday, October 12, 2007**. Rather than filing this input electronically, it shall be sent to the following e-mail address: Royle_Carrington@ao.uscourts.gov. Also on or before **Friday, October 12, 2007**, the parties shall provide, again to the above e-mail address, separate statements briefly addressing the factual and legal issues in the case, including why the surety or its contractor was not permitted to perform; a comparison of the contract specifications, the roofs installed by Bird Roofing and Waterproofing, Inc. and the ultimate, government-installed roofs; whether the government-installed roofs exceeded specifications; why Bird Roofing's roofs could not have been repaired; and a breakdown of the $972,758.00 sought from the surety, with comments on the various elements of the total. All of the above-described inputs are to facilitate the mediation process, and will not be filed with the court or used for other purposes in the case. Any questions, concerns or inputs, prior to commencement of the December 12, 2007 mediation, should be communicated to Royle Carrington, at (202) 357-6580, or to him via e-mail.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**