# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-354C**
**Filed: December 13, 2007**

## O R D E R

A mediation session was held in the above-captioned case on December 12, 2007. The parties are commended for their hard work, cooperation and professionalism during the lengthy mediation. As discussed at the close of the session, the parties shall file a joint status report on their further settlement progress on or before **Tuesday, January 8, 2008**. The court will then ascertain whether to schedule a status conference to further monitor progress.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**