# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 06-354C**
**Filed: January 10, 2008**

**O R D E R**

The court is in receipt of the parties' January 7, 2008 joint status report, reflecting continued settlement progress. To keep the court informed of further progress, the parties shall continue their status reporting every three weeks, with the first report due on or before **Thursday, January 31, 2008**. In addition to upcoming, specific, settlement milestones, the joint status reports shall include an accompanying time line. Based on the input from the parties, the court will determine whether to schedule a status conference to further monitor progress. Settlement status reporting shall continue until the court receives a joint stipulation of dismissal.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**