IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-354C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

In accordance with the Court's order entered January 10, 2008, defendant reports that the settlement offer has been approved in accordance with this office's internal settlement approval procedures. The parties represent that they will execute the settlement agreement and complete its terms within 30 days. Plaintiff will submit payment of the agreed-upon sum to the government within 30 days of execution of the settlement agreement. A stipulation of dismissal will be filed immediately after payment.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Victor G. Klingelhofer
Victor G. Klingelhofer, Esq.
Cohen Mohr, LLP
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Phone (202) 342-2550
Fax (202) 342-6147

s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

Attorney for Plaintiff

Attorneys for Defendant