IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-354C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

STIPULATION FOR ENTRY OF DISMISSAL

The parties hereby stipulate that the above-captioned action be dismissed with prejudice. Each party shall bear its own costs, expenses, and attorney's fees.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Victor G. Klingelhofer
VICTOR G. KLINGELHOFER
Cohen Mohr, LLP
1055 Thomas Jefferson Street, N.W.
Suite 504
Washington, D.C. 20007
(202) 342-2550
(202) 342-6147

Attorney for Plaintiff

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

OF COUNSEL:
MARK WEINTRAUB
Office of Counsel
U.S. Army Corps of Engineers
Los Angeles District
915 Wilshire Boulevard
Los Angeles, California 90015

April 15th, 2008

Attorneys for Defendant