# In the United States Court of Federal Claims

**No. 06-354 C**

**AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the parties' April 15, 2008 Stipulation of Dismissal and the court's Order, filed that same date,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice, with each party to bear its own costs, expenses and attorney's fees.

John S. Buckley
Acting Clerk of Court

**April 17, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.